**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

YAN WANG,

Plaintiff,

v. Case No.: 6:26-cv-00946-AGM-LHP

GT MIRACLES, LLC, PD GLOBAL, LLC, CREATE CENTRAL LLC, JIAFEI LI, RUI LIAO, LIWEI LIU, JIAQI LIU,

Defendants,

---

**ORDER**

Before the Court is Plaintiff's Request for Clerk's Entry of Default Against Defendant Create Central LLC. Doc. No. 21. The motion fails to contain a memorandum of legal authority as required by Local Rule 3.01(b). Relatedly, the motion also does not adequately address, by citation to legal authority, that service of process on Create Central LLC was proper. *See generally United States v. Donald*, No. 3:09-cv-147-J-32HTS, 2009 WL 1810357, at *1 (M.D. Fla. June 24, 2009) (before a Clerk's default can be entered against a defendant, the Court must determine that the defendant was properly served).

The return of service for Create Central LLC, a California limited liability company, states that service was effected on "Tinnajen Doe" who is "designated by law to accept service of process on behalf of Create Central LLC." Doc. No. 11. But

neither the return of service nor the motion explain what Tinnajen Doe's relationship is to Create Central LLC or Create Central LLC's listed registered agent, Rui Liao, and such information is not apparent from the Court's review of the California Secretary of State's records.[1] Without this information, the Court cannot determine whether Plaintiff properly effected service under federal, Florida, or California law. *See, e.g.*, *Fitzgerald v. Trans Union, LLC*, No. 5:25-cv-496-JA-PRL, 2025 WL 3240095, at *2-3 (M.D. Fla. Nov. 20, 2025); *Lewis v. Brock & Scott PLLC*, No. 8:19-cv-616-T-23JSS, 2019 WL 13267114, at *1 (M.D. Fla. Apr. 26, 2019). *See also* Fla. Stat. § 48.062; Cal. Corp. Code § 17701.16; Fed. R. Civ. P. 4(h).

Accordingly, Plaintiff's motion (Doc. No. 21) is **DENIED without prejudice**. Within **twenty-one (21) days** from the date of this Order, Plaintiff shall file a renewed motion, fully supported by applicable legal authority, which establishes that service of process on Create Central LLC was proper under federal or state law.

**DONE** and **ORDERED** in Orlando, Florida on August 3, 2026.

Leslie Hoffman Price

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

---

[1] Records maintained by the California Secretary of State are available at https://bizfileonline.sos.ca.gov/search/business. The records for Create Central LLC are accessible by entering "Create Central LLC" into the "Business Search" field. There are no records indicating that Create Central LLC has registered to do business in Florida or has a Florida address.

Copies furnished to:

Counsel of Record