# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

YAN WANG,

Plaintiff,

v. Case No.: 6:26-cv-00946-AGM-LHP

GT MIRACLES, LLC, PD GLOBAL, LLC, CREATE CENTRAL LLC, JIAFEI LI, RUI LIAO, LIWEI LIU, JIAQI LIU,

Defendants,

---

## ORDER

Before the Court is Plaintiff's Amended Request for Clerk's Entry of Default Against Defendant Create Central LLC. Doc. No. 24. The motion again fails to adequately address, by citation to legal authority, that service of process on Create Central LLC was proper. *See generally United States v. Donald*, No. 3:09-cv-147-J-32HTS, 2009 WL 1810357, at *1 (M.D. Fla. June 24, 2009) (before a Clerk's default can be entered against a defendant, the Court must determine that the defendant was properly served).

The amended return of service for Create Central LLC, a California limited liability company, states that service was effected on "Tinnajen Doe (refused last name)", the "Manager/Administrator of Create Central, LLC", who is "designated

by law to accept service of process on behalf of Create Central LLC." Doc. No. 24-1, at 4. On review, Plaintiff has not demonstrated that service of process was proper.

Federal Rule of Civil Procedure 4(h)(1)(B) provides that service of process on a business association may be effected "by delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process[.]" Fed. R. Civ. P. 4(h)(1)(B). *See also Fitzpatrick v. Bank of New York Mellon*, 580 F. App'x 690, 693 (11th Cir. 2014) (applying Rule 4(h) to service on an LLC). But Plaintiff provides no evidence that "Tinnajen Doe" is an officer, managing agent, or any other agent authorized by law to receive service of process. Nor does Plaintiff provide legal authority demonstrating that service upon a "manager/administrator" of the LLC would suffice under Rule 4(h)(1)(B), Florida, or California law. *See Bakerofskie v. Aventura at the Bay, LLC*, No. 8:24-cv-01854-TPB-NHA, 2024 WL 4235771, at *1 (M.D. Fla. Sept. 19, 2024) (denying without prejudice motion for clerk's default where plaintiff failed to demonstrate service on "assistant administrator" was proper under Rule 4(h)(1)(b) or Florida law); *Matero v. Digital Ink Americas LLC*, No. 6:22-cv-1606-CEM-LHP, 2023 WL 2527046, at *1 (M.D. Fla. Mar. 15, 2023) (denying without prejudice motion for clerk's default where plaintiff failed to demonstrate how service on "office manager" was proper under Rule 4(h)(1)(b)). *Cf. United Nat'l Ins. Co. v. McCullough Mgmt. Grp. LLC*, No. 25-cv-01625-AMO (LB), 2025 WL

3900807, at *4 (N.D. Cal. Dec. 4, 2025), *report and recommendation adopted*, No. 25-cv-01625-AMO, 2026 WL 790567 (N.D. Cal. Jan. 5, 2026) (noting that substitute service may be effected on a business entity by leaving a copy of the summons and complaint during usual office hours with the person who is apparently in charge, and then mailing a copy of the summons and complaint by first-class mail, postage prepaid, to the person to be served at the place where a copy of the summons and complaint were left). *See also* Fla. Stat. § 48.062; Cal. Corp. Code § 17701.16; Cal. Civ. Proc. Code §§ 416.10, 415.20; Fed. R. Civ. P. 4(h), (e)(1).

Accordingly, the motion (Doc. No. 24) is **DENIED without prejudice**. Plaintiff shall file a renewed motion within **fourteen (14) days** of this Order, which must include a memorandum of legal authority establishing that service of process on Defendant Create Central LLC was proper under applicable law.

**DONE** and **ORDERED** in Orlando, Florida on August 11, 2026.

Leslie Hoffman Price

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record